UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEANDRE BERRY,

          Plaintiff,

v.

UNKNOWN LEE,

          Defendant.

_____/

Case No. 1:26-cv-781

Honorable Ray Kent

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   June 8, 2026

        /s/ Ray Kent
        Ray Kent
        United States Magistrate Judge